UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GERALDINE BREAUD, INDIVIDUALLY,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. F/K/A JANSSEN PHARMACEUTICA INC., F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE LLC; AND BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER PHARMA AG; BAYER HEALTHCARE AG; BAYER AG; MCKESSON CORPORATION; AND JOHN DOES 1-100; INCLUSIVE,<br><br>Defendants. | Case No. 1:16-cv-01932-LJO-SKO<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING TRANSFER TO MDL 2592**<br><br>Date:     February 9, 2017<br>Time:    8:30 a.m.<br>Judge:   Hon. Lawrence J. O'Neill<br>Courtroom: 4 |

CASE NO. 1:16-CV-01932-LJO-SKO

1 | Defendants Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc.,
2 | Janssen Ortho LLC and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Defendants")
3 | Motion to Stay Pending Transfer to MDL 2592 was set for hearing on February 9, 2017.  All
4 | parties were given notice and an opportunity to be heard by its counsel of record.  Oppositions
5 | were due January 26, 2017.  None were filed. Having reviewed all of the papers and admissible
6 | evidence filed in support of the motion and for good cause appearing:
7 | IT IS HEREBY ORDERED THAT
8 | (1) Defendants' Motion to Stay Pending Transfer to MDL 2592 is suitable for decision on
9 | the papers pursuant to Local Rule 230(g);
10 | (2) The motion is GRANTED and this action is hereby stayed.
11 | (3) The hearing on the motion, set for February 9, 2017, is VACATED; and
12 | (4) The Parties shall notify the Court of the Judicial Panel on Multi-District Litigation's
13 | decision regarding transfer and coordination within 14 days after that decision is received.

IT IS SO ORDERED.

Dated:   **February 3, 2017**           /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE